UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>OFFICE OF DIRECTOR OF NATIONAL INTELLIGENCE,<br><br>      Defendant. | Civil Action No. 23-2943 (ABJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to the Court's order dated December 15, 2023,[1] Defendant Office of the Director of National Intelligence ("ODNI"), by and through undersigned counsel, reports to the Court as follows.

1. Plaintiff submitted a Freedom of Information Act ("FOIA") request to ODNI on or about May 9, 2023, and filed this action on October 3, 2023. ODNI answered the Complaint on November 13, 2023.

2. ODNI previously reported that it was conducting searches to determine the total number of potentially responsive records in response to the FOIA request at issue. As of the last status report, three of the five searches had been completed. Two searches remain outstanding. ODNI has now reviewed 80 potentially responsive records identified from the completed searches and has determined that approximately 65 documents are responsive to the request.

---

[1] Although that order directed the filing of a status report on February 13, 2024, Defendant filed a motion for a two-day extension, which remains pending before the Court.

3. ODNI is unable to propose a production schedule at this time. Among other things, an internal review of responsive records is required by one or more ODNI components. Additionally, the completion of the fourth and fifth searches involve two ODNI components who are still working to complete those searches. One of those components is also likely to review most responsive records as part of ODNI's processing of this request. With the current number of responsive documents, ODNI estimates it could issue its first interim response reflecting the processing of 10 documents by April 30, 2024.

4. Due to the nature of ODNI's work, ODNI anticipates that processing will include limited consultations with other agencies, which may delay Plaintiff's receipt of the non-exempt portion of the documents that are reviewed once a processing schedule is established. The need for consultations also may make it difficult for ODNI to predict when processing will be completed.

5. Accordingly, for the reasons state above, ODNI proposes that it file a further status report in March, 29, 2024.

    Respectfully submitted,

    MATTHEW M. GRAVES, D.C. BAR #481052
    United States Attorney

    BRIAN P. HUDAK
    Chief, Civil Division

    By: /s/ Jeremy S. Simon
    JEREMY S. SIMON, D.C. BAR #447956
    Assistant United States Attorney
    601 D. Street, N.W.
    Washington, D.C. 20530
    (202) 252-2528
    Jeremy.Simon@usdoj.gov

Counsel for Defendant